THE COMBINATION MANUFACTURING COMPANY, A CORPORATION, APPELLANT, v. THE COURT OF COMMON PLEAS, IN AND FOR THE COUNTY OF ESSEX, AND JOHN H. SCOTT, CLERK OF THE COURT OF COMMON PLEAS, AND RICHARD OBSER, RESPONDENTS.

Argued June 22, 1921—Decided September 23, 1921.

On appeal from the Supreme Court, whose opinion is reported in 95 *N. J. L.* 43.

For the appellant, *Lindabury, Depue & Faulks.*

For the respondents, *Howard S. Dodd.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, HEPPENHEIMER, WILLIAMS, GARDNER, VAN BUSKIRK, JJ.   9.

*For reversal*—None.